UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MEDICINE SHOPPE INTERNATIONAL, )
INC., et al., )
 )
        Plaintiffs, )
 )
    vs. ) No. 4:02-CV-00839 (CEJ)
 )
FERRARO, LTD., INC., )
 )
 )
        Defendant. )

### ORDER

**IT IS HEREBY ORDERED** that plaintiff shall submit an amended motion to recover bond which shall contain the name and address of the person or entity to whom the funds are to be paid.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of October, 2006.